IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PROE,

    Plaintiff,                    No. 2:08cv0541 FCD JFM PS

    vs.

NEWCASTLE MINI MART, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 19, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 19, 2008, are adopted in full;

1

2. Plaintiff's complaint is dismissed.

DATED: July 18, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE